# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 727 |
| | : |
| ORDER AMENDING RULE 400 | : CIVIL PROCEDURAL RULES DOCKET |
| OF THE PENNSYLVANIA RULES OF | : |
| CIVIL PROCEDURE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of January, 2022, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 50 Pa.B. 3573 (July 18, 2020):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 400 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective April 1, 2022.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.